

## United States Department of Justice

### United States Attorney's Office
### Central District of California

*Jessica O. Cheh, AUSA*  *Federal Building, Suite 7516*
*Chief, Civil Appeals*  *300 North Los Angeles Street*
*Ph.: 213-894-0886*  *Los Angeles, California 90012*
*Fax: 213-894-7819*

May 23, 2017

Molly C. Dwyer, Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

    Re:    *Consumer Financial Protection v. Future Income Payments, LLC,* No. CA 17-55721

Dear Ms. Dwyer:

    Please be advised that AUSA Kent Kawakami should be withdrawn as counsel for Petitioner-Appellee Consumer Financial Protection Bureau and his name removed from the service list. Petitioner-Appellee is and will remain represented by Kristin Bateman who is on the service list.

                               Very truly yours,

                               SANDRA R. BROWN
                             Acting United States Attorney
                             DOROTHY A. SCHOUTEN
                             Assistant United States Attorney
                             Chief, Civil Division

                             /s/ *Jessica O. Cheh*
                             JESSICA O. CHEH
                             Assistant United States Attorney
                             Chief, Civil Appeals

9th Circuit Case Number(s) | 17-55721

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) May 23, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | "s/" Francis Vargas

*********************************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)